Jonah A. Grossbardt (State Bar No.: 283584)
**SCHNEIDER ROTHMAN INTELLECTUAL**
**PROPERTY LAW GROUP, PLLC**
10250 Constellation Boulevard
Suite 100
Los Angeles, CA 90067
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com

Attorneys for Plaintiff
PAUL REIFFER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL REIFFER,<br><br>                              Plaintiff,<br><br>v.<br><br>FOX RIVER CONSERVATION PARTNERS, LLC,<br><br>                              Defendant. | Case No.: 2:18-cv-00057<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**Demand for Jury Trial** |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff PAUL REIFFER by and through his undersigned counsel, brings this

Complaint against Defendant FOX RIVER CONSERVATION PARTNERS, LLC for

damages and injunctive relief, and in support thereof states as follows:

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
LOS ANGELES, CALIFORNIA

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
LOS ANGELES, CALIFORNIA

## SUMMARY OF THE ACTION

1.     Plaintiff PAUL REIFFER ("Reiffer"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Reiffer's original copyrighted works of authorship.

2.     Paul Reiffer is a professional landscape, cityscape and commercial photographer working worldwide.  He is a Fellow of the British Institute of Professional Photography, an Associate of the Royal Photographic Society, winner of the UN International Year of Light competition and the owner of the "world's most exclusive and remote gallery" in the Maldives, which is only accessible by seaplane or speedboat.  Reiffer's images of cityscapes, extreme locations, rooftops, heli-shoots, the arctic circle, and others are highly sought after and he is routinely commissioned for commercial work.  Reiffer's images are scarce as they are created using a Phase One XV iO3/100 100 Megapixel Medium Format digital camera system valued at $60,000.

3.     Defendant FOX RIVER CONSERVATION PARTNERS, LLC ("Fox River") is a private investment group.

4.     Reiffer alleges that Fox River copied Reiffer's copyrighted work from the internet in order to advertise, market and promote its business activities.  Fox River committed the violations alleged in connection with Fox River's business for purposes of advertising and promoting sales to the public in the course and scope of Fox River's business.

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
LOS ANGELES, CALIFORNIA

**JURISDICTION AND VENUE**

5.  This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6.  This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7.  Fox River is subject to personal jurisdiction in California.

8.  Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

**DEFENDANT**

9.  Fox River Conservation Partners, LLC is an Illinois limited liability company with its principal place of business at 2615 Pacific Coast Highway, Suite 206, Hermosa Beach, California, 90254, and can be served by serving its Registered Agent, Mr. Keith Dickson at the same address.

**THE COPYRIGHTED WORK AT ISSUE**

10.  In 2012, Reiffer created a photograph entitled "Hollywood Panoramic", which is shown below and referred to herein as the "Work".

/ /

/ /

/ /

/ /

3

1



2

3

4

5

6

7

8

9

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
LOS ANGELES, CALIFORNIA

10     11.    At the time he created the Work, Reiffer applied copyright management

11   information to the Work consisting of the words "paul reiffer" on the middle left side

12   of the photograph.

13     12.    Reiffer registered the Work with the Register of Copyrights on May 8,

14   2017 and was assigned the registration number VA 2-044-621.  The Certificate of

15   Registration is attached hereto as Exhibit 1.

16     13.    At all relevant times Reiffer was the owner of the copyrighted Work at

17   issue in this case.

18                        **INFRINGEMENT BY DEFENDANT**

19     14.    Fox River has never been licensed to use the Work at issue in this action

20   for any purpose.

21

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
LOS ANGELES, CALIFORNIA

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, Fox River copied the Work.

16. Fox River copied Reiffer's copyrighted Work without Reiffer's permission.

17. After Fox River copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its private investment group.

18. Fox River copied and distributed Reiffer's copyrighted Work in connection with Fox River's business for purposes of advertising and promoting Fox River's business, and in the course and scope of advertising and selling products and services.

19. Reiffer's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

20. Fox River committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

21. Reiffer never gave Fox River permission or authority to copy, distribute or display the Work at issue in this case.

22. Reiffer notified Fox River of the allegations set forth herein on August 1, 2017. To date, Fox River has failed to respond to Plaintiff's Notice.

23. When Fox River copied and displayed the Work at issue in this case, Fox River removed Reiffer's copyright management information from the Work.

24.     Reiffer never gave Fox River permission or authority to remove copyright management information from the Work at issue in this case.

25.     Plaintiff has engaged the undersigned attorneys and has agreed to pay them a reasonable fee.

## COUNT I
## COPYRIGHT INFRINGEMENT

26.     Plaintiff incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

27.     Reiffer owns a valid copyright in the Work at issue in this case.

28.     Reiffer registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29.     Fox River copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Reiffer's authorization in violation of 17 U.S.C. § 501.

30.     Fox River performed the acts alleged in the course and scope of its business activities.

31.     Reiffer has been damaged.

32.     The harm caused to Reiffer has been irreparable.

/ /

/ /

/ /

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
LOS ANGELES, CALIFORNIA

SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC
LOS ANGELES, CALIFORNIA

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

33.     Plaintiff incorporates the allegations of paragraphs 1 through 25 of this Complaint as if fully set forth herein.

34.     The Work at issue in this case contains copyright management information ("CMI").

35.     Fox River knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the works at issue in this action in violation of 17 U.S.C. § 1202(b).

36.     Fox River committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Reiffer's rights in the Works at issue in this action protected under the Copyright Act.

37.     Fox River caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Reiffer's rights in the works at issue in this action protected under the Copyright Act.

38.     Reiffer has been damaged.

39.     The harm caused to Reiffer has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Fox River Conservation Partners, LLC that:

1    a.    Defendant and its officers, agents, servants, employees, affiliated entities,

2  and all of those in active concert with them, be preliminarily and permanently enjoined

3  from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

4    b.    Defendant be required to pay Plaintiff his actual damages and Defendant's

5  profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as

6  provided in 17 U.S.C. §§ 504, 1203.

7    c.    Plaintiff be awarded his attorneys' fees and costs of suit under the

8  applicable statutes sued upon; and

9    d.    Plaintiff be awarded such other and further relief as the Court deems just

10  and proper.

11                              **JURY DEMAND**

12    Plaintiff hereby demands a trial by jury of all issues so triable.

13  DATED:  January 3, 2018          */s/ Jonah A. Grossbardt*
                                    JONAH A. GROSSBARDT
14                                  **SCHNEIDER ROTHMAN INTELLECTUAL**
                                    **PROPERTY LAW GROUP, PLLC**
15                                  Attorneys for Plaintiff Paul Reiffer

16

17

18

19

20

21